The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br><br>                      Plaintiff,<br><br>    v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,<br><br>                      Defendant. | No. 16-00968-RSM<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

Upon consideration of the Joint Motion For Dismissal With Prejudice And Without Costs filed by plaintiff and defendant, seeking the voluntary dismissal of this action and all claims and counterclaims arising out of the same subject matter that were or could have been asserted herein, it is hereby

ORDERED AND DECREED that this action is dismissed with prejudice and without an award of costs or expenses to either party.

DATED this <u>10</u> day of July, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS - 1
Case No. 16-00968-RSM

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

51613611.1

**Presented by:**

FOSTER PEPPER PLLC


*s/Bradley W. Hoff*
*s/John P. Zahner*
Bradley W. Hoff, WSBA No. 23974
John P. Zahner, WSBA No. 24505
1111 Third Avenue, Suite 3000
Seattle, Washington 98101
Telephone: (206) 447-4400
Email: bradley.hoff@foster.com
       jack.zahner@foster.com
Attorneys for Plaintiff


JENSEN MORSE BAKER PLLC


*s/Gabriel Baker*
*s/Steven D. Jensen*
Gabriel Baker, WSBA No. 28473
Steven D. Jensen, WSBA No. 26495
216 First Avenue South, Suite 204
Seattle, Washington 98104
Telephone: (206) 682-1550
Email: gabe.baker@jmblawyers.com
       steve.jensen@jmblawyers.com
Attorneys for Defendant

ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS - 2
Case No. 16-00968-RSM

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

51613611.1